# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| THOMPSON, MYRON H. | US DISTRICT COURT/MIDDLE DISTRICT/AL | 05/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE, SENIOR | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

ONE CHURCH STREET
MONTGOMERY, AL 36104

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYU Law School | 3/21/18-3/23/18 | New York, NY | Speech | Travel, lodging, meals |
| 2. | Association of Pro Bono Counsel | 10/2/18-10/3/18 | Atlanta, GA | Speech | Travel, lodging, meals |
| 3. | Appellate Judges Education Institute | 11/8/18-11/9/18 | Atlanta, GA | Speech | Travel, lodging, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank (cash) | A | Interest | K | T | | | | | |
| 2. IRA #1 (H) | | | | | | | | | |
| 3. UBS Bank USA Deposit Account (cash) (X) (Y) | | | | | | | | | |
| 4. Morgan Stanley Portfolio Management Retirement Account (cash) (X) | A | Interest | J | T | | | | | |
| 5. Accenture PLC Ireland CL A (ACN) | A | Dividend | J | T | Buy | 08/08/18 | J | | |
| 6. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 7. Alphabet Inc Cl C (GOOG) | | None | J | T | Sold (part) | 12/24/18 | J | A | |
| 8. At Home Group Inc (HOME) | | None | J | T | Buy | 11/01/18 | J | | |
| 9. Boeing Company (BA) | A | Dividend | J | T | | | | | |
| 10. China Yuchai Int LTD Ord (CYD) | A | Dividend | J | T | Buy | 04/24/18 | J | | |
| 11. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 12. Fortis Inc Canada Ord CAD (FTS) | | None | | | Sold | 01/16/18 | J | | |
| 13. Intuit DE (INTU) | A | Dividend | J | T | Sold (part) | 12/24/18 | J | A | |
| 14. Lockheed Martin Corp (LMT) | A | Dividend | J | T | Sold (part) | 12/24/18 | J | A | |
| 15. Medical Properties Trust Inc Reit (MPW) | A | Dividend | J | T | | | | | |
| 16. Pepsico, Inc. (PEP) | A | Dividend | J | T | | | | | |
| 17. Starbucks Corp (SBUX) | A | Dividend | | | Sold | 12/20/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. United Health Group Inc (UNH) | A | Dividend | J | T | Sold (part) | 12/24/18 | J | B | |
| 19. Visa Inc. Cl A (V) | A | Dividend | J | T | Sold (part) | 12/24/18 | J | A | |
| 20. Walt Disney Co. (DIS) | A | Dividend | | | Sold | 04/23/18 | J | A | |
| 21. Western Alliance Bancorp DE (WAL) | | None | | | Sold | 11/06/18 | J | | |
| 22. Financial Select Sector SPDR Trust ETF (XLF) | A | Dividend | | | Sold | 12/20/18 | J | A | |
| 23. IShares US Aerospace & Defense ETF (ITA) | A | Dividend | J | T | Buy | 01/16/18 | J | | |
| 24. Robo Global Robotics & Aut Index ETF (ROBO) | | None | | | Sold | 12/20/18 | J | | |
| 25. Vanguard Index Funds Vanguard Small Cap ETF (VB) | A | Dividend | J | T | Sold (part) | 12/24/18 | J | A | |
| 26. Vanguard Index Funds Vanguard Mid Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 27. Vanguard Sector Index Fd Vanguard Financials ETF (VFH) | A | Dividend | J | T | | | | | |
| 28. PIMCO RAE Fundamental Plus Fund Cl P (PIXPX) | A | Dividend | J | T | | | | | |
| 29. Primecap Odyssey Growth Fund (POGRX) | | None | | | Buy | 04/12/18 | J | | |
| 30. | | | | | Sold | 07/26/18 | J | A | |
| 31. PIMCO Income Fund Cl P (PONPX) | A | Dividend | | | Sold | 03/22/18 | K | A | |
| 32. IRA #2 (H) | | | | | | | | | |
| 33. IShares U.S Healthcare ETF (IYH) | A | Dividend | J | T | | | | | |
| 34. IRA #3 (H) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. UBS Bank USA Deposit Account (cash) (X) (Y) | | | | | | | | | |
| 36. Morgan Stanley Cash Deposit Account (cash) (X) | A | Interest | J | T | | | | | |
| 37. Accenture PLC Ireland Cl A (ACN) | A | Dividend | J | T | Buy | 08/08/18 | J | | |
| 38. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 39. Alibaba Group Holding LTD (BABA) | A | Dividend | J | T | Buy | 02/15/18 | J | | |
| 40. | | | | | Buy (add'l) | 09/13/18 | J | | |
| 41. | | | | | Sold (part) | 12/24/18 | J | | |
| 42. Alphabet Inc Cl C (GOOG) | | None | J | T | | | | | |
| 43. At Home Group Inc (HOME) | | None | J | T | Buy | 11/01/18 | J | | |
| 44. Boeing Company (BA) | A | Dividend | J | T | | | | | |
| 45. Broadcom LTD (AVGO) | A | Dividend | J | T | Sold (part) | 12/24/18 | J | A | |
| 46. CIGNA Corporation Com (CI) | | None | J | T | Buy | 09/11/18 | J | | |
| 47. Fortis Inc Canada Ord CAD (FTS) | A | Dividend | | | Sold | 01/16/18 | J | | |
| 48. Lockheed Martin Corp (LMT) | A | Dividend | J | T | Sold (part) | 12/24/18 | J | A | |
| 49. Medical Properties Trust Inc, Reit (MPW) | A | Dividend | J | T | Buy (add'l) | 04/26/18 | J | | |
| 50. Nvidia (NVDA) | A | Dividend | | | Sold | 11/16/18 | J | | |
| 51. Pepsico Inc. (PEP) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Starbucks Corp (SBUX) | A | Dividend | | | Sold | 12/20/18 | J | A | |
| 53. Ultimate Software Group Inc | | None | | | Sold | 02/13/18 | J | A | |
| 54. UnitedHealth Group Inc. (UNH) | A | Dividend | J | T | Sold (part) | 12/24/18 | J | A | |
| 55. Visa Inc. Cl A (V) | A | Dividend | J | T | Sold (part) | 12/24/18 | J | A | |
| 56. Walt Disney Co. (DIS) | A | Dividend | | | Sold | 04/23/18 | J | A | |
| 57. Western Alliance Bancorp (WAL) (Y) | | | | | | | | | |
| 58. Financial Sector SPDR Fund ETF (XLF) | A | Dividend | | | Sold | 12/20/18 | J | A | |
| 59. Invesco (formerly Powershares) QQQ Trust ETF (QQQ) | A | Dividend | J | T | Sold (part) | 12/24/18 | J | A | |
| 60. Robo Global Robotics & Aut Index ETF (ROBO) | A | Dividend | | | Sold | 12/20/18 | J | | |
| 61. Vanguard Mid Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 62. Vanguard Sector Index Fd Vanguard Financials ETF (VFH) | A | Dividend | J | T | | | | | |
| 63. Primecap Odyssey Growth Fund (POGRX) | | None | | | Buy | 04/12/18 | J | | |
| 64. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 65. | | | | | Sold | 07/31/18 | J | A | |
| 66. PIMCO Income Fund Cl P | A | Dividend | | | Sold (part) | 03/22/18 | J | | |
| 67. | | | | | Sold | 03/23/18 | J | A | |
| 68. IRA #4 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Gabelli Dividend & Income Trust (GDV) | A | Dividend | J | T | | | | | |
| 70. ESA #2 (H) | | | | | | | | | |
| 71. Blackrock Global Allocation Fund (MDLOX) | | None | | | Sold | 04/19/18 | J | A | |
| 72. Pimco RAE Fundamental Plus Fund Cl A (PIXAX) | A | Dividend | | | Sold | 04/19/18 | J | A | |
| 73. Brokerage Acct #1 (H) | | | | | | | | | |
| 74. UBS Bank USA Deposit Account (cash) (X) (Y) | | | | | | | | | |
| 75. Morgan Stanley Cash Deposit Acct (cash) (X) | A | Interest | J | T | | | | | |
| 76. ALIBABA GROUP HLDG LTD SPON ADR (BABA) | | None | J | T | Buy | 01/15/18 | J | | |
| 77. | | | | | Sold (part) | 12/24/18 | J | | |
| 78. Alphabet Inc Cl C (GOOG) | A | Dividend | J | T | Sold (part) | 12/24/18 | J | A | |
| 79. Altria Group Inc (MO) | A | Dividend | | | Sold | 12/17/18 | J | B | |
| 80. Berkshire Hathaway Inc New (BRKB) | | None | J | T | | | | | |
| 81. Boeing Company (BA) | A | Dividend | J | T | | | | | |
| 82. Broadcom LTD (AVGO) | A | Dividend | J | T | Sold (part) | 12/24/18 | J | B | |
| 83. China Yuchai Intl LTD Ord (CYD) | A | Dividend | | | Buy | 04/24/18 | J | | |
| 84. | | | | | Sold | 08/28/18 | J | | |
| 85. Fortis Inc Canada Ord CAD (FTS) | A | Dividend | | | Sold | 01/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. GMS Inc DE (GMS) | | None | | | Sold | 02/06/18 | J | A | |
| 87. Medical Properties Trust Inc Reit (MPW) | A | Dividend | | | Sold | 08/28/18 | J | B | |
| 88. Pepsico Inc (PEP) | A | Dividend | J | T | | | | | |
| 89. United Health Group Inc (UNH) | A | Dividend | J | T | Sold (part) | 12/24/18 | J | B | |
| 90. Visa Inc Cl A (V) | A | Dividend | J | T | Sold (part) | 12/24/18 | J | A | |
| 91. Walt Disney Co. | A | Dividend | | | Sold | 04/23/18 | J | A | |
| 92. IShares US Aerospace & Defense ETF (ITA) | A | Dividend | | | Buy | 01/16/18 | J | | |
| 93. | | | | | Sold | 08/28/18 | J | A | |
| 94. Vanguard Index Funds Vanguard Mid Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 95. Vanguard Sector Index Fund Vanguard Financials (VFH) | A | Dividend | J | T | | | | | |
| 96. Pimco Stockplus Small Fund Cl P (PCKPX) | | None | | | Sold | 08/28/18 | J | A | |
| 97. Primecap Odyssey Growth Fund (POGRX) | | None | | | Buy | 04/12/18 | J | | |
| 98. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 99. | | | | | Sold | 07/31/18 | J | A | |
| 100. Brokerage Account #2 (H) | | | | | | | | | |
| 101. IShares MSCI Singapore Capped ETF (EWS) | A | Dividend | J | T | | | | | |
| 102. Brokerage Account #3 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Morgan Stanley Private Bank NA (cash) (X) | A | Interest | J | T | | | | | |
| 104. Alibaba Group (BABA) | | None | J | T | Buy | 02/09/18 | J | | |
| 105. Ford Motor Company Com New (F) | A | Dividend | | | Sold | 12/24/18 | J | | |
| 106. IShares MSCI Germany ETF (EWG) | | None | J | T | | | | | |
| 107. The Financial Sel Sect SPDR Fd (XLF) (X) | A | Dividend | | | Sold | 12/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 05/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ MYRON H. THOMPSON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544